1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defenders
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant GUADALUPE ARAIZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 05-0794 JCS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATED MOTION TO CONTINUE SUPERVISED RELEASE HEARING;** ~~PROPOSED~~ **ORDER** |
| GUADALUPE RAMIREZ ARAIZA, | ) |
| Defendant. | ) Hearing Date: October 20, 2006 at 10:00 a.m. |
|  | ) The Honorable Joseph C. Spero |

The parties stipulate to the following:

1. A hearing on Defendant's Supervised Release violation is scheduled in the aforementioned case on October 20, 2006 at 10:30 a.m;

2. Counsel for Mr. Araiza, Ms. Falk, has a Ninth Circuit oral argument on that morning;

3. As such, the parties stipulate and respectfully request the Court to continue the matter by one week, and set the case for hearing on October 27, 2006;

4. USPO Janie Zuang has been contacted by defense counsel, and has no objection to the October 27, 2006 date, at 10:30 a.m.

**IT IS SO STIPULATED.**

*United States v. Araiza-* 05-00794 JCS - Stip to Continue Hearing

DATED: October 18, 2006

_____
DEREK OWENS
Assistant United States Attorney

DATED: October 18, 2006

_____
ELIZABETH M. FALK
Assistant Federal Public Defender

[~~PROPOSED~~] ORDER

For good cause shown, the Supervised Release violation hearing previously scheduled for October 20, 2006, is hereby CONTINUED for the reasons stated in this stipulation. The hearing will be held on _____October 27_____, 2006, at 10:30 a.m.

IT IS SO ORDERED

DATED: 10/19/06       _____
                     THE HONORABLE JOSEPH C. SPERO
                     UNITED STATES MAGISTRATE JUDGE

*United States v. Araiza*- 05-00794 JCS - Stip to Continue Hearing